JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| John Ruiz, a U.S. Citizen,<br><br>              Plaintiff,<br><br>       v.<br><br>United States Department of State, U.S. Consulate General in Montreal, Canada, Anthony Blinken, United States Secretary of State, and Ana Escrogima, Consul General of the United States at the U.S. Consulate General in Montreal, Canada<br><br>              Defendants. | Case No. 2:22-cv-01637-RFB-NJK<br><br>**Stipulation to Extend the United States' Deadline to Answer** |

Plaintiff John Ruiz and the United States of America, on behalf of Federal Defendants, the United States Department of States, U.S. Consulate General in Montreal, Canada, Anthony Blinken, United States Secretary of State, and Ana Escrogima, Consul General of the United States at the U.S. Consulate General in Montreal, Canada, through counsel, hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint (ECF No. 1) on September 27, 2022.

2. Plaintiff served the United States Attorney's Office for the District of Nevada with a copy of the Summons and Complaint on September 28, 2022.

3.       The current deadline for Federal Defendants to answer or otherwise respond is November 28, 2022, as the sixtieth day falls on a Sunday. *See* Fed. R. Civ. P. 6(a)(1)(C).

4.       The parties have agreed that the United States shall have 30 additional days to file an answer or other responsive pleading on behalf of Federal Defendants because the United States Attorney's Office had trouble in getting counsel for the agency alerted to and informed about the case. This additional time will allow the United States to evaluate Plaintiff's claims.

5.       This stipulation is made in good faith and not for the purpose of delay.

Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond to December 28, 2022.

Respectfully submitted this 15th day of November 2022.

JASON M. FRIERSON
United States Attorney

/s/ *James O. Hacking, III*
JAMES O. HACKING, III
Hacking Immigration Law, LLC
10900 Manchester Road, Suite 203
St. Louis, MO 63122
jim@hackingimmigrationlaw.com

*Attorney for Plaintiff*

/s/ *Skyler H. Pearson*
SKYLER H. PEARSON
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** Novmeber 16, 2022